JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NIPA INC., a California corporation,<br><br>Defendant. | CASE NO: 8:18-cv-01931 JLS (KESx)<br><br>**JUDGMENT BY DEFAULT AGAINST DEFENDANT NIPA INC.** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.   **JUDGMENT IS HEREBY ENTERED IN FAVOR OF THE PLAINTIFF**, Construction Laborers Trust Funds for Southern California Administrative Company ("ADMINCO"), a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of the Laborers

1

Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, Laborers Contract Administration Trust Fund for Southern California, Laborers' Trusts Administrative Trust Fund for Southern California, and Southern California Partnership for Jobs Trust Fund, and **AGAINST NIPA INC. IN THE AMOUNT OF $23,357.22** (consisting of $16,227.95 in unpaid contributions, $3,245.59 in liquidated damages, $320 in audit fees, $1,675.54 in interest, and $1,888.14 in attorneys' fees) and eligible litigation costs under Local Rule 54-3

2. Neither ADMINCO nor the aforementioned trust funds on whose behalf ADMINCO brought this action (collectively, the "Trust Funds") have conducted a full audit of the records of Nipa Inc. for any month after January 2018. The monetary judgment issued hereby in Paragraph 1 above shall not, and does not, have *res judicata* effect, operate as a bar or effect any other limitation of any right of ADMINCO or the Trust Funds to determine and collect any amount due, or that comes due, by Nipa Inc. to any one or more of the Trust Funds for any month after January 2018.

Dated: April 23, 2019

_____
Hon. Josephine L. Staton
Judge of the United States District Court for the Central District of California